# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD FLORES,<br><br>  Plaintiff(s),<br><br>v.<br><br>GINNIE MAE, *et al.*,<br><br>  Defendant(s). | Case No.: 2:18-cv-01865-GMN-NJK<br><br>**Order**<br><br>(Docket No. 10) |

Before the Court is Plaintiff and Defendant Mortgage Electronic Registration System's notice of settlement. Docket No. 10. The Court **ORDERS** these parties to file a stipulation of dismissal no later than November 29, 2018.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge