Robin E. Perkins, Esq.
Nevada Bar No. 9891
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Mortgage Electronic
Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD FLORES, PRO SE,<br><br>Plaintiff,<br><br>v.<br><br>GINNIE MAE, US BANK, NA AS TRUSTEE FOR SECURITIZED TRUST GINNIE MAE REMIC 2011-57 TRUST, MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS"), NATIONAL DEFAULT SERVICING CORP., INC. and DOES 1 through 100 inclusive, *et.al.*,<br><br>Defendants. | CASE NO.: 2:18-cv-01865-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Plaintiff Leonard Flores ("Plaintiff"), appearing *pro se*, and Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through its counsel, the law firm of Snell & Wilmer L.L.P. (collectively, the "Parties"[1]), hereby stipulate and agree that an order may be entered dismissing the Complaint, and each and all of the claims and causes of action asserted therein against all defendants, with prejudice, with each party to bear their own attorneys' fees and costs.

---

[1] Defendants Ginnie Mae, U.S. Bank, N.A. as Trustee for Securitized Trust Ginne Mae REMIC 2011-57 Trust, and National Default Servicing Corp., Inc. have not been served and have not appeared in this action. Accordingly, they are not, and need not, be parties to this Stipulation.

4811-5733-1841

The Parties stipulate and agree that this Stipulation resolves, in its entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances asserted against all defendants, related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs.

**IT IS SO STIPULATED.**

DATED this 27 day of November 2018.   DATED this ____ day of _____ 2018.

*Leonard Flores*

Leonard Flores, Pro Se
6876 Philharmonic Avenue
Las Vegas, NV 89139
E-mail: leonardprelv@gmail.com

SNELL & WILMER L.L.P.

Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Phone: (702) 784-5200

*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

The Parties stipulate and agree that this Stipulation resolves, in its entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances asserted against all defendants, related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs.

**IT IS SO STIPULATED.**

DATED this _____ day of _____ 2018.

DATED this 10th day of December 2018.

SNELL & WILMER L.L.P.

Leonard Flores, Pro Se
6876 Philharmonic Avenue
Las Vegas, NV 89139
E-mail: leonardprelv@gmail.com

Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Phone: (702) 784-5200

*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

**ORDER**

**IT IS HEREBY ORDERED:**

1. That the foregoing Stipulation by and between the Parties is approved; and

2. That the Complaint in this matter, and each and all of the claims and causes of action asserted therein against all defendants, is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED this __19__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

4811-5733-1841